IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ELENA HENRY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:08cv0017 SWW |
| | * | |
| | * | |
| | * | |
| MOSTEN EXPORT LTD., CO., | * | |
| | * | |
| Defendant. | * | |

## ORDER

The parties have requested, and they are hereby granted, until and including February 6, 2009 in which to notify this Court of the status of settlement negotiations and whether a scheduling order needs to be issued.

IT IS SO ORDERED this 8th day of January 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE